Michael J. Agoglia (Bar No. 154810)
michael.agoglia@alston.com
Tania L. Rice (Bar No. 294387)
tania.rice@alston.com
ALSTON & BIRD LLP
560 Mission St., 21st Floor
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001

*Attorneys for Defendant Rushmore
Loan Management Services LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAAMS and AMY RAAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br>    Defendant. | Case No. 8:21-cv-00741-DOC-JDE<br><br>**Notice of Settlement**<br><br>Hon. David O. Carter<br>Courtroom 9D |

NOTICE OF SETTLEMENT

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that the parties have reached a settlement in principal

3    that will resolve the entire action.  A formal settlement agreement is in the final stages

4    of completion.  Defendant expects that a Rule 41 dismissal will be filed on or before

5    September 15, 2021.

6    Dated: August 23, 2021                      ALSTON & BIRD LLP

7

8                                     _/s/ Michael J. Agoglia_____
                                           Michael J. Agoglia
                                           *Attorney for Defendant*
9                                          *Rushmore Loan Services LLC*

10

11

12

13

14

15

16

17

18

19

20

21

NOTICE OF SETTLEMENT